**SIGNED.**

**Dated: September 21, 2023**

_Paul Sala, Bankruptcy Judge_

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| ALISA KEAST, | Case No. 2:23-bk-05709-PS |
| Debtor. | ORDER EXTENDING TIME TO FILE REQUIRED DOCUMENTS |

Upon consideration of the Debtor's Motion to Extend Filing Deadline (the "**Motion**"), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Debtor shall file all required documents no later than September 29, 2023. Failure to do so may result in dismissal of the case without further notice.

**DATED AND SIGNED ABOVE.**