# Notice Recipients

District/Off: 0970–2　　　　　User: admin　　　　　Date Created: 9/21/2023
Case: 2:23–bk–05709–PS　　　　　Form ID: vanodc　　　　　Total: 91

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　NewRez LLC d/b/a Shellpoint Mortgage Servicing
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty　　　JANET MARIE SPEARS　　　ecfazb@aldridgepite.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | ALISA COMADURAN KEAST　　617 N KRISTIN LN　　CHANDLER, AZ 85226 | |
| tr | RUSSELL BROWN　　Chapter 13 Trustee　　3838 N Central Ave　　Ste 800　　Phoenix, AZ 85012–1965 | |
| cr | Ally Capital, c/o AIS Portfolio Services, LLC　　4515 N Santa Fe Ave. Dept. APS　　Oklahoma City, OK 73118 | |
| smg | AZ DEPARTMENT OF REVENUE　　BANKRUPTCY & LITIGATION　　1600 W. MONROE, 7TH FL.　　PHOENIX, AZ 85007–2650 | |
| 17053149 | AERO FCU　　18301 N 79TH AVE STE A10　　GLENDALE AZ, 85308 | |
| 17053150 | AFFIRM INC　　650 CALIFORNIA ST FL 12　　SAN FRANCISCO CA, 94108 | |
| 17071564 | ALL CTTY TOWING　　2031 W 1ST ST　　TEMPE, AZ 85281 | |
| 17053152 | ALLY FINANCIAL　　ATTN:BANKRUPTCY　　P.O. BOX 130424　　ROSEVILLE, MN 55113–0004 | |
| 17053151 | ALLY FINANCIAL　　ATTN:BANKRUPTCY7　　P.O. BOX 380901　　BLOOMINGTON, MN 55438 | |
| 17053153 | AMERASSIST A/R SOLUTIONS, INC.　　(SMILE DIRECTCLUB)　　P.O. BOX 26095　　COLUMBUS, OH 43226 | |
| 17053154 | AMERASSIST AR SOLUTION　　ATTN:BANKRUPTCY　　1105 SCHROCK RD STE 502　　COLUMBUS OH, 43229 | |
| 17071565 | AMERICAN HOME PROTECT LLC　　2024 W 15TH ST SUITE F346　　PLANO TX 75035 | |
| 17071566 | ARIZONA DEPARTMENT OF REVENUE　　P.O. BOX 29070　　PHOENIX, AZ 85038 | |
| 17071567 | ARIZONA STATE OF – DEPT OF MOTOR VEHICLES　　P.O. BOX 2100　　PHOENIX, AZ 85001–2100 | |
| 17053155 | ARSTRAT LLC, CHANDLER REGIONAL HOSPITAL　　ATTN:BANKRUPTCY　　14141 SOUTHWEST FREEWAY STE 300　　SUGAR LAND, TX 77478 | |
| 17053157 | BANK OF AMERICA　　ATTN:BANKRUPTCY　　4909 SAVARESE CIRCLE　　FI1–908–01–50　　TAMPA, FL 33634 | |
| 17071568 | BANK OF AMERICA　　FULFILLMENT OPERATIONAL DEPOSITS　　P.O. BOX 790087　　ST. LOUIS, MO 63179–0087 | |
| 17071569 | BANK OF AMERICA CREDIT– CARD　　P.O. BOX 653064　　DALLAS. TX 85265–3064 | |
| 17053156 | BANK OF AMERICA Visa (Revolving Account)　　ATTN:BANKRUPTCY　　PO BOX 982238　　EL PASO TX, 79998 | |
| 17071570 | BARBARA PAGORIA　　744 N CACTUS WAY　　CHANDLER, AZ 85226 | |
| 17053159 | BME SERVICES FKA BUREAU OF MEDICAL ECONOMICS　　ATTN:BANKRUPTCY　　PO BOX 20247　　PHOENIX AZ, 85036 | |
| 17053158 | BRAND BANK/GREENSKY　　5565 GLENRIDGE CONNECTOR　　ATLANTA GA, 30342 | |
| 17053160 | CAPITAL ONE / KOHLS　　ATTN:BANKRUPTCY　　N56 RIDGEWOOD DR　　MENOMONEE FAL WI, 53051 | |
| 17053161 | CAPITAL ONE/KOHLS　　ATTN:BANKRUPTCY　　P.O. BOX 965030　　ORLANDO, FL 32896 | |
| 17053162 | CARE CREDIT　　ATTN:BANKRUPTCY　　P.O. BOX 965030　　ORLANDO, FL 32896 | |
| 17053163 | CENTRYLINK　　ATTN:BANKRUPTCY　　PO BOX 91155　　SEATTLE, WA 98111–9255 | |
| 17071571 | CENTURYUNK　　PO BOX 4259　　MONROE, LA 71211 | |
| 17053164 | CHANDLER UTILITY SERVICES　　P.O. BOX 52158　　PHOENIX, AZ 85072–2158 | |
| 17053166 | CHANDLER UTILITY SERVICES　　P.O. BOX 52158　　PHOENIX, AZ 85072–2158 | |
| 17071572 | CHASE CARD SERVICES　　ATTN: BANKRUPTCY　　P.O. BOX 15548　　WILMINGTON, DE 19886–5548 | |
| 17053165 | CHASE CARD SERVICES　　ATTN:BANKRUPTCY　　P.O. BOX 15369　　WILMINGTON, DE 19850 | |
| 17053172 | CITIBANK/ THE HOME DEPOT　　ATTN: RECOVERY/CENTERALIZED BANKRUPTCY　　P.O. BOX 790034　　ST LOUIS, MO 63179 | |
| 17053167 | CLERK OF COURT　　CHANDLER MUNICIPAL COURT　　200 E CHICAGO ST　　CHANLDER, AZ 85225 | |
| 17053169 | CLERK OF COURT　　PHOENIX MUNICIPAL COURT　　300 W. WASHINGTON ST　　PHOENIX, AZ 85003 | |
| 17053168 | CLERK OF COURT　　SAN MARCOS PRECINCT JUSTICE COURT　　201 E CHICAGO ST SUITE 103　　CHANLDER, AZ 85225 | |
| 17053171 | CLERK OF SUPERIOR COURT　　SUPERIOR COURT FOR MARICOPA COUNTY　　P.O. BOX 25339　　PHOENIX, AZ 85002 | |
| 17053170 | CLERK OF THE COURT　　MARICOPA COUNTY DOWNTOWN JUSTICE　　620 W. JACKSON ST. SUITE 1037　　PHOENIX, AZ 85003 | |

| ID | Name | Address |
|---|---|---|
| 17053173 | COMENITY BANK/VICTORIA SECRETS | ATTN:BANKRUPTCY  PO BOX 182789  COLUMBUS OH, 43218 |
| 17053174 | CONNS APPLIANCES INC | 1401 RAN KIN RD STE 300  HOUSTON TX, 77073 |
| 17053207 | CONNS HOMEPLUS | ATTN: BANKRUPTCY  P.O. BOX 2356  BEAUMONT, TX 777044 |
| 17053175 | CONNS HOMEPLUS | ATTN:BANKRUPTCY  2445 TECHNOLOGY FOREST BLVD, BLDG 4, STE  THE WOODLANDS, TX 77381 |
| 17071573 | CORD BLOOD REGISTRY | 25537 NETWORK PLACE  CHICAGO, IL 60673–1255 |
| 17071574 | COX COMMUNICATIONS | DEPARTMENT # 102285  PO BOX 1259  OAKS. PA 19456 |
| 17053208 | FLAGSTAR BANK | ATTN:BANKRUPTCY  5151 CORPORATE DR  TROY MI, 48098 |
| 17053209 | FREEDOM MORTGAGE CORP | ATTN:BANKRUPTCY  951 W YAMATO RD STE 175  BOCA RATON FL, 33431 |
| 17053210 | FREEDOM MORTGAGE CORPORATION | ATTN:BANKRUPTCY  907 PLEASANT VALLEY AVE  MOUNT LAUREL, NJ 08054 |
| 17053211 | GOODLEAP LLC | 8781 SIERRA COLLEGE BLVD  ROSEVILLE CA, 95661 |
| 17053212 | INTERNAL REVENUE SERVICE | P.O. BOX 7346  PHILADELPHIA, PA 19101–7346 |
| 17071575 | ITRIP VACATIONS TEMPE | 3145 E CHANDLER BLVD #110 PMB 747  PHOENIX, AZ 85048 |
| 17071576 | JOHN A COMADURAN | PERSONAL LOANS  276 S PRICKLY PEAR  BENSON AZ 85602 |
| 17053213 | JPMCB CARD | PO BOX 15369  WILMINGTON DE, 19850 |
| 17053214 | LIFETME FITNESS INC | ATTN:BANKRUPTCY  2902 CORPORATE PLACE  CHANHANSSEN, MN 55317 |
| 17053215 | MONTEREY FINANCIAL SERVICES | ATTN: BANKRUPTCY  4095 AVENIDA DE LA PLATA  OCEANSIDE, CA 92056 |
| 17071577 | MUTUAL AD EXCHANGE (MAX) INSURANCE | 9225 INDIAN CREEK PKWY SUITE 840  OVERLAND PARK, KS 66210 |
| 17053216 | NATIONAL GENERAL INSURANCE | P.O. BOX 3199  WINSTON SALEM, NC 27102–3199 |
| 17053217 | NATIONAL GENERAL INSURANCE | P.O. BOX 89431  CLEAVELAND, OH 44101–6431 |
| 17053218 | NAVIET | ATTN: CLAIMS DEPT  P.O. BOX 9500  WILKES–BARR, PA, 19773 |
| 17053220 | NEWREZ LLC DBA | SHELLPOINT MORTGAGE SERVICES  75 BEATTIE PL STE 300  GREENVILLE SC, 29603–0826 |
| 17053219 | NEWREZ LLC DBA | SHELLPOINT MORTGAGE SERVICES  P.O. BOX 10826  GREENVILLE SC, 29603–0826 |
| 17071578 | NEWREZLLC DBA | SHELLPOINT MORTGAGE SERVICES  PO BOX 51850  LIVONIA. MI 48151–5850 |
| 17051452 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | c/o ALDRIDGE PITE, LLP  8880 Rio San Diego Drive, Suite 725  San Diego, CA 92108 |
| 17071579 | PETER KEAST re:PRE–DIV 2014 TAX SPLIT | 6471 W LINDA LN  CHANDLER, AZ 85226 |
| 17071580 | PHOENIX MUNICIPAL COURT | PO BOX 25650  PHOENIX, AZ 85002–5650 |
| 17071581 | PIONEER MID COUNTRY BANK | ATTN: BANKRUPTCY  P.O. BOX 10487  KANSAS CITY, MO 64171 |
| 17071583 | PROGRESSIVE AUTO INSURANCE | C/O INSURANCE SAVERS  6522 N 6TH SUITE 3  PHOENIX. AZ 85018 |
| 17071582 | Pioneer MD COUNTRY BANK | ATTN: BANKRUPTCY  3240 E TROPICANA  LAS VEGAS NV 89121 |
| 17053221 | RENASANT BANK | ATTN:BANKRUPTCY  1797 NE EXPRESSWAY  ATLANTA, GA 30329 |
| 17053222 | RENASANT BANK | ATTN:BANKRUPTCY  P.O BOX 709  TUPELO, MS 38804 |
| 17071584 | SALT RIVER PROJECT (SRP) | P.O. BOX 2951  PHOENIX AZ 85062–2951 |
| 17071585 | SMILE DIRECT CLUB | PO BOX 26095  COLUMBUS OH 26095 |
| 17071586 | SPRINT – REFERENCE #30954396 | C/O DIVERSIFIED ADJUSTMENT SERVICE  PO BOX 32145  FINDLEY MN 55432–0145 |
| 17053223 | SRP – Customer Credit Services PAB21T | PO Box 52025  Phoenix AZ 85072 |
| 17053224 | STERLING JEWELERS/JARED | ATTN:BANKRUPTCY  375 GHENT RD  AKRON, OH 44333 |
| 17053226 | SYNCHRONY BANK/ JC PENNEYS | ATTN:BANKRUPTCY  P.O. BOX 965007  ORLANDO, FL 32896 |
| 17053227 | SYNCHRONY BANK/BANANA REPUBLIC | ATTN:BANKRUPTCY  P.O. BOX 965005  ORLANDO, FL 32896 |
| 17053229 | SYNCHRONY BANK/CARE CREDIT | ATTN:BANKRUPTCY  950 FORRER BLVD  KETTERING OH, 45420 |
| 17053228 | SYNCHRONY BANK/CARE CREDIT | ATTN:BANKRUPTCY  P.O. BOX 965036  ORLANDO, FL 32896 |
| 17053225 | SYNCHRONY BANK/JC PENNEYS | ATTN:BANKRUPTCY  P.O. BOX 956060  ORLANDO, FL 32896 |
| 17053230 | SYNCHRONY BANK/SAMS | ATTN:BANKRUPTCY  P.O. BOX 965005  ORLANDO, FL 32896 |
| 17053231 | SYNCHRONY BANK/WALMART | ATTN:BANKRUPTCY  P.O. BOX 965024  ORLANDO, FL 32896 |
| 17052822 | Safeway Insurance Company | c/o Crosby & Gladner, P.C. – Marc S. Gla  1930 S. Alma School Rd., Ste. D206  Mesa, AZ 85210 |
| 17070671 | Sprint Corp. | by American InfoSource as agent  PO Box 4457  Houston, TX 77210–4457 |
| 17053232 | TARGET CARD SERVICES | TD BANK USA, N.A.  3901 W 53RD ST  SIOUX FALLS, SD 57016–4216 |
| 17053233 | TARGET REDCARD | ATTN: BANKRUPTCY  P.O. BOX 673  MINNEAPOLIS MN, 55440 |
| 17053236 | TD BANK USA/TARGET RED | ATTN:BANKRUPTCY  PO BOX 673  MINNEAPOLIS MN, 55440 |
| 17053235 | THD/CBNA | ATTN:BANKRUPTCY  PO BOX 6497  SIOUX FALLS SD, 57117 |

| 17071587 | THE MUSIC STORE – VIOLA RENTAL | % KEYTH PARKER | 2630 W BASELINE RD | NESA, AZ 85202 |
| 17053234 | TIAA BANK | ATTN:BANKRUPTCY | 301 WEST BAY STREET | JACKSONVILLE, FL 32202 |
| 17071588 | UNITED HEALTH CARE | PO BOX 740409 | CINCINNATI OH 45274–0409 | |

TOTAL: 89