

**SRP**
Delivering water and power®

Customer Credit Services
PAB21T | P.O. Box 52025
Phoenix, AZ 85072-2025
Fax: 602-629-8476 | srpnet.com

U.S. Bankruptcy Court, Arizona
230 North First Avenue Suit 101
Phoenix, AZ 85003-1727

September 20, 2023

Re: Notice of claim withdrawal
    Case 23-05709 PS

To whom it may concern:

SRP would like to withdraw its claim for case 23-05709 for Alisa Keast. Two claims were entered by mistake. Claim #4 filed on 9/20/2023 needs to be withdrawn because it is a duplicate claim.

If you have any questions or need further information, please call us at the number listed below between 9 a.m. and 5:00 p.m., Monday through Friday.

Katelyn Merz
SRP- Customer Credit Services
Credit Specialist
(602) 236-9661

FILED
SEP 2 5 2023
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA