

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

FILED USBC CLRK PHX
2023 OCT 4 PM 3:48

In re:

Alisa Comaduiran Keast

Debtor(s).

Chapter 13

Case No. 2:23-bk-05709-PS

**MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE**

Debtor(s), _____, move the Court to issue an
(name of debtor and joint debtor, if applicable)
order vacating dismissal of the case and reinstating the case. In support of this motion, Debtor(s) state:
[Address cause(s) of dismissal including corrective action taken in the space below.]

1.) I was exposed to Covid by a person who rents a room in my house (MFS). He tested possitive for COVID 19 Sat. Sept. 30th.

2) My means of travel from home to court house is public transportation, Valley Metro from Chandler to Tempe, then Light Rail to downtown. I did not gain acess to testing until yesterday, I tested negative. Thus came today.

3) My cash to pay is held up by cash-out of New York Life Insurance Co. I will borrow.

If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

WHEREFORE, Debtor(s) request that the Court enter an order vacating the dismissal and reinstating this case, and for such other and further relief as the Court deems just and proper.

Date: 10/4/2023
(date signed)

*Alisa Keast*
(Signature of debtor and joint debtor, if applicable)

Alisa Keast
(Type or print name of debtor/joint debtor)