FORM VAN–108 REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:23–bk–05709–PS |
| ALISA COMADURAN KEAST<br>617 N KRISTIN LN<br>CHANDLER, AZ 85226<br>SSAN: xxx–xx–6749<br>EIN: | Chapter: 13 |
| Debtor(s) | |

## ORDER REINSTATING CASE

The above–captioned Debtor(s) having filed a motion to reinstate this case; the case having been dismissed because of administrative error; or the case having been dismissed for failure to pay the filing fee; and the filing fee having been paid in full; and pursuant to Bankruptcy Rule 9024;

IT IS ORDERED that this case is reinstated, except that this Order shall not affect the actions taken by creditors who pursued their rights and remedies while this case was dismissed, which actions shall not be rescinded or set aside by this Order. Debtor(s) have waived the right to object to complaints, motions, or proofs of claim filed under Fed.R.Bankr.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed not later than 30 days following notice of this order.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: October 5, 2023

BY THE COURT

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

**Honorable Paul Sala**
United States Bankruptcy Judge