# Notice Recipients

District/Off: 0970−2     User: admin     Date Created: 10/5/2023
Case: 2:23−bk−05709−PS     Form ID: van108     Total: 92

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                           TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr     RUSSELL BROWN     mail@ch13bk.com
aty     JANET MARIE SPEARS     ecfazb@aldridgepite.com
                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ALISA COMADURAN KEAST     617 N KRISTIN LN     CHANDLER, AZ 85226
cr     Ally Capital, c/o AIS Portfolio Services, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
cr     SRP − Customer Credit Services     PAB21T     PO Box 52025     PHOENIX, AZ 85072
smg     AZ DEPARTMENT OF REVENUE     BANKRUPTCY & LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007−2650
17053149     AERO FCU     18301 N 79TH AVE STE A10     GLENDALE AZ, 85308
17053150     AFFIRM INC     650 CALIFORNIA ST FL 12     SAN FRANCISCO CA, 94108
17071564     ALL CTTY TOWING     2031 W 1ST ST     TEMPE, AZ 85281
17053152     ALLY FINANCIAL     ATTN:BANKRUPTCY     P.O. BOX 130424     ROSEVILLE, MN 55113−0004
17053151     ALLY FINANCIAL     ATTN:BANKRUPTCY7     P.O. BOX 380901     BLOOMINGTON, MN 55438
17053153     AMERASSIST A/R SOLUTIONS, INC.     (SMILE DIRECTCLUB)     P.O. BOX 26095     COLUMBUS, OH 43226
17053154     AMERASSIST AR SOLUTION     ATTN:BANKRUPTCY     1105 SCHROCK RD STE 502     COLUMBUS OH, 43229
17071565     AMERICAN HOME PROTECT LLC     2024 W 15TH ST SUITE F346     PLANO TX 75035
17071566     ARIZONA DEPARTMENT OF REVENUE     P.O. BOX 29070     PHOENIX, AZ 85038
17071567     ARIZONA STATE OF − DEPT OF MOTOR VEHICLES     P.O. BOX 2100     PHOENIX, AZ 85001−2100
17053155     ARSTRAT LLC, CHANDLER REGIONAL HOSPITAL     ATTN:BANKRUPTCY     14141 SOUTHWEST FREEWAY STE 300     SUGAR LAND, TX 77478
17053157     BANK OF AMERICA     ATTN:BANKRUPTCY     4909 SAVARESE CIRCLE     FI1−908−01−50     TAMPA, FL 33634
17071568     BANK OF AMERICA     FULFILLMENT OPERATIONAL DEPOSITS     P.O. BOX 790087     ST. LOUIS, MO 63179−0087
17071569     BANK OF AMERICA CREDIT− CARD     P.O. BOX 653064     DALLAS. TX 85265−3064
17053156     BANK OF AMERICA Visa (Revolving Account)     ATTN:BANKRUPTCY     PO BOX 982238     EL PASO TX, 79998
17071570     BARBARA PAGORIA     744 N CACTUS WAY     CHANDLER, AZ 85226
17053159     BME SERVICES FKA BUREAU OF MEDICAL ECONOMICS     ATTN:BANKRUPTCY     PO BOX 20247     PHOENIX AZ, 85036
17053158     BRAND BANK/GREENSKY     5565 GLENRIDGE CONNECTOR     ATLANTA GA, 30342
17053160     CAPITAL ONE / KOHLS     ATTN:BANKRUPTCY     N56 RIDGEWOOD DR     MENOMONEE FAL WI, 53051
17053161     CAPITAL ONE/KOHLS     ATTN:BANKRUPTCY     P.O. BOX 965030     ORLANDO, FL 32896
17053162     CARE CREDIT     ATTN:BANKRUPTCY     P.O. BOX 965030     ORLANDO, FL 32896
17053163     CENTRYLINK     ATTN:BANKRUPTCY     PO BOX 91155     SEATTLE, WA 98111−9255
17071571     CENTURYUNK     PO BOX 4259     MONROE, LA 71211
17053164     CHANDLER UTILITY SERVICES     P.O. BOX 52158     PHOENIX, AZ 85072−2158
17053166     CHANDLER UTILITY SERVICES     P.O. BOX 52158     PHOENIX, AZ 85072−2158
17071572     CHASE CARD SERVICES     ATTN: BANKRUPTCY     P.O. BOX 15548     WILMINGTON, DE 19886−5548
17053165     CHASE CARD SERVICES     ATTN:BANKRUPTCY     P.O. BOX 15369     WILMINGTON, DE 19850
17053172     CITIBANK/ THE HOME DEPOT     ATTN: RECOVERY/CENTERALIZED BANKRUPTCY     P.O. BOX 790034     ST LOUIS, MO 63179
17053167     CLERK OF COURT     CHANDLER MUNICIPAL COURT     200 E CHICAGO ST     CHANLDER, AZ 85225
17053169     CLERK OF COURT     PHOENIX MUNICIPAL COURT     300 W. WASHINGTON ST     PHOENIX, AZ 85003
17053168     CLERK OF COURT     SAN MARCOS PRECINCT JUSTICE COURT     201 E CHICAGO ST SUITE 103     CHANLDER, AZ 85225
17053171     CLERK OF SUPERIOR COURT     SUPERIOR COURT FOR MARICOPA COUNTY     P.O. BOX 25339     PHOENIX, AZ 85002
17053170     CLERK OF THE COURT     MARICOPA COUNTY DOWNTOWN JUSTICE     620 W. JACKSON ST. SUITE 1037     PHOENIX, AZ 85003

| ID | Name | Address |
|---|---|---|
| 17053173 | COMENITY BANK/VICTORIA SECRETS | ATTN:BANKRUPTCY  PO BOX 182789  COLUMBUS OH, 43218 |
| 17053174 | CONNS APPLIANCES INC | 1401 RAN KIN RD STE 300  HOUSTON TX, 77073 |
| 17053207 | CONNS HOMEPLUS | ATTN: BANKRUPTCY  P.O. BOX 2356  BEAUMONT, TX 777044 |
| 17053175 | CONNS HOMEPLUS | ATTN:BANKRUPTCY  2445 TECHNOLOGY FOREST BLVD, BLDG 4, STE  THE WOODLANDS, TX 77381 |
| 17071573 | CORD BLOOD REGISTRY | 25537 NETWORK PLACE  CHICAGO, IL 60673–1255 |
| 17071574 | COX COMMUNICATIONS | DEPARTMENT # 102285  PO BOX 1259  OAKS. PA 19456 |
| 17053208 | FLAGSTAR BANK | ATTN:BANKRUPTCY  5151 CORPORATE DR  TROY MI, 48098 |
| 17053209 | FREEDOM MORTGAGE CORP | ATTN:BANKRUPTCY  951 W YAMATO RD STE 175  BOCA RATON FL, 33431 |
| 17053210 | FREEDOM MORTGAGE CORPORATION | ATTN:BANKRUPTCY  907 PLEASANT VALLEY AVE  MOUNT LAUREL, NJ 08054 |
| 17053211 | GOODLEAP LLC | 8781 SIERRA COLLEGE BLVD  ROSEVILLE CA, 95661 |
| 17053212 | INTERNAL REVENUE SERVICE | P.O. BOX 7346  PHILADELPHIA, PA 19101–7346 |
| 17071575 | ITRIP VACATIONS TEMPE | 3145 E CHANDLER BLVD #110 PMB 747  PHOENIX, AZ 85048 |
| 17071576 | JOHN A COMADURAN | PERSONAL LOANS  276 S PRICKLY PEAR  BENSON AZ 85602 |
| 17053213 | JPMCB CARD | PO BOX 15369  WILMINGTON DE, 19850 |
| 17053214 | LIFETME FITNESS INC | ATTN:BANKRUPTCY  2902 CORPORATE PLACE  CHANHANSSEN, MN 55317 |
| 17053215 | MONTEREY FINANCIAL SERVICES | ATTN: BANKRUPTCY  4095 AVENIDA DE LA PLATA  OCEANSIDE, CA 92056 |
| 17071577 | MUTUAL AD EXCHANGE (MAX) INSURANCE | 9225 INDIAN CREEK PKWY SUITE 840  OVERLAND PARK, KS 66210 |
| 17053216 | NATIONAL GENERAL INSURANCE | P.O. BOX 3199  WINSTON SALEM, NC 27102–3199 |
| 17053217 | NATIONAL GENERAL INSURANCE | P.O. BOX 89431  CLEAVELAND, OH 44101–6431 |
| 17053218 | NAVIET | ATTN: CLAIMS DEPT  P.O. BOX 9500  WILKES–BARR, PA, 19773 |
| 17053220 | NEWREZ LLC DBA | SHELLPOINT MORTGAGE SERVICES  75 BEATTIE PL STE 300  GREENVILLE SC, 29603–0826 |
| 17053219 | NEWREZ LLC DBA | SHELLPOINT MORTGAGE SERVICES  P.O. BOX 10826  GREENVILLE SC, 29603–0826 |
| 17071578 | NEWREZLLC DBA | SHELLPOINT MORTGAGE SERVICES  PO BOX 51850  LIVONIA. MI 48151–5850 |
| 17051452 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | c/o ALDRIDGE PITE, LLP  8880 Rio San Diego Drive, Suite 725  San Diego, CA 92108 |
| 17071579 | PETER KEAST re:PRE–DIV 2014 TAX SPLIT | 6471 W LINDA LN  CHANDLER, AZ 85226 |
| 17071580 | PHOENIX MUNICIPAL COURT | PO BOX 25650  PHOENIX, AZ 85002–5650 |
| 17071581 | PIONEER MID COUNTRY BANK | ATTN: BANKRUPTCY  P.O. BOX 10487  KANSAS CITY, MO 64171 |
| 17071583 | PROGRESSIVE AUTO INSURANCE | C/O INSURANCE SAVERS  6522 N 6TH SUITE 3  PHOENIX. AZ 85018 |
| 17071582 | Pioneer MD COUNTRY BANK | ATTN: BANKRUPTCY  3240 E TROPICANA  LAS VEGAS NV 89121 |
| 17053221 | RENASANT BANK | ATTN:BANKRUPTCY  1797 NE EXPRESSWAY  ATLANTA, GA 30329 |
| 17053222 | RENASANT BANK | ATTN:BANKRUPTCY  P.O BOX 709  TUPELO, MS 38804 |
| 17071584 | SALT RIVER PROJECT (SRP) | P.O. BOX 2951  PHOENIX AZ 85062–2951 |
| 17071585 | SMILE DIRECT CLUB | PO BOX 26095  COLUMBUS OH 26095 |
| 17071586 | SPRINT – REFERENCE #30954396 | C/O DIVERSIFIED ADJUSTMENT SERVICE  PO BOX 32145  FINDLEY MN 55432–0145 |
| 17053223 | SRP – Customer Credit Services PAB21T | PO Box 52025  Phoenix AZ 85072 |
| 17053224 | STERLING JEWELERS/JARED | ATTN:BANKRUPTCY  375 GHENT RD  AKRON, OH 44333 |
| 17053226 | SYNCHRONY BANK/ JC PENNEYS | ATTN:BANKRUPTCY  P.O. BOX 965007  ORLANDO, FL 32896 |
| 17053227 | SYNCHRONY BANK/BANANA REPUBLIC | ATTN:BANKRUPTCY  P.O. BOX 965005  ORLANDO, FL 32896 |
| 17053229 | SYNCHRONY BANK/CARE CREDIT | ATTN:BANKRUPTCY  950 FORRER BLVD  KETTERING OH, 45420 |
| 17053228 | SYNCHRONY BANK/CARE CREDIT | ATTN:BANKRUPTCY  P.O. BOX 965036  ORLANDO, FL 32896 |
| 17053225 | SYNCHRONY BANK/JC PENNEYS | ATTN:BANKRUPTCY  P.O. BOX 956060  ORLANDO, FL 32896 |
| 17053230 | SYNCHRONY BANK/SAMS | ATTN:BANKRUPTCY  P.O. BOX 965005  ORLANDO, FL 32896 |
| 17053231 | SYNCHRONY BANK/WALMART | ATTN:BANKRUPTCY  P.O. BOX 965024  ORLANDO, FL 32896 |
| 17052822 | Safeway Insurance Company | c/o Crosby & Gladner, P.C. – Marc S. Gla  1930 S. Alma School Rd., Ste. D206  Mesa, AZ 85210 |
| 17070671 | Sprint Corp. | by American InfoSource as agent  PO Box 4457  Houston, TX 77210–4457 |
| 17053232 | TARGET CARD SERVICES | TD BANK USA, N.A.  3901 W 53RD ST  SIOUX FALLS, SD 57016–4216 |
| 17053233 | TARGET REDCARD | ATTN: BANKRUPTCY  P.O. BOX 673  MINNEAPOLIS MN, 55440 |
| 17053236 | TD BANK USA/TARGET RED | ATTN:BANKRUPTCY  PO BOX 673  MINNEAPOLIS MN, 55440 |
| 17053235 | THD/CBNA | ATTN:BANKRUPTCY  PO BOX 6497  SIOUX FALLS SD, 57117 |

| | | | | |
|---|---|---|---|---|
| 17071587 | THE MUSIC STORE – VIOLA RENTAL | % KEYTH PARKER | 2630 W BASELINE RD | NESA, AZ 85202 |
| 17053234 | TIAA BANK | ATTN:BANKRUPTCY | 301 WEST BAY STREET | JACKSONVILLE, FL 32202 |
| 17071588 | UNITED HEALTH CARE | PO BOX 740409 | CINCINNATI OH 45274–0409 | |

TOTAL: 89