United States Bankruptcy Court
District of Arizona

In re:  Case No. 23-05709-PS
ALISA COMADURAN KEAST  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 5
Date Rcvd: Oct 03, 2023      Form ID: vanodc      Total Noticed: 87

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17071564 | + | ALL CTTY TOWING, 2031 W 1ST ST, TEMPE, AZ 85281-7201 |
| 17071565 | + | AMERICAN HOME PROTECT LLC, 2024 W 15TH ST SUITE F346, PLANO TX 75075-7363 |
| 17071567 | | ARIZONA STATE OF - DEPT OF MOTOR VEHICLES, P.O. BOX 2100, PHOENIX, AZ 85001-2100 |
| 17053155 | + | ARSTRAT LLC, CHANDLER REGIONAL HOSPITAL, ATTN:BANKRUPTCY, 14141 SOUTHWEST FREEWAY STE 300, SUGAR LAND, TX 77478-4630 |
| 17071569 | + | BANK OF AMERICA CREDIT- CARD, P.O. BOX 653064, DALLAS. TX 75265-3064 |
| 17053156 | + | BANK OF AMERICA Visa (Revolving Account), ATTN:BANKRUPTCY, PO BOX 982238, EL PASO TX 79998-2238 |
| 17071570 | + | BARBARA PAGORIA, 744 N CACTUS WAY, CHANDLER, AZ 85226-1761 |
| 17053158 | + | BRAND BANK/GREENSKY, 5565 GLENRIDGE CONNECTOR, ATLANTA GA 30342-4756 |
| 17053161 | + | CAPITAL ONE/KOHLS, ATTN:BANKRUPTCY, P.O. BOX 965030, ORLANDO, FL 32896-5030 |
| 17071571 | + | CENTURYUNK, PO BOX 4259, MONROE, LA 71211-4259 |
| 17053164 | | CHANDLER UTILITY SERVICES, P.O. BOX 52158, PHOENIX, AZ 85072-2158 |
| 17053167 | + | CLERK OF COURT, CHANDLER MUNICIPAL COURT, 200 E CHICAGO ST, CHANLDER, AZ 85225-8508 |
| 17053168 | + | CLERK OF COURT, SAN MARCOS PRECINCT JUSTICE COURT, 201 E CHICAGO ST SUITE 103, CHANLDER, AZ 85225-8502 |
| 17053169 | + | CLERK OF COURT, PHOENIX MUNICIPAL COURT, 300 W. WASHINGTON ST, PHOENIX, AZ 85003-2103 |
| 17053171 | + | CLERK OF SUPERIOR COURT, SUPERIOR COURT FOR MARICOPA COUNTY, P.O. BOX 25339, PHOENIX, AZ 85002-5339 |
| 17053170 | + | CLERK OF THE COURT, MARICOPA COUNTY DOWNTOWN JUSTICE, 620 W. JACKSON ST. SUITE 1037, PHOENIX, AZ 85003-2410 |
| 17053174 | + | CONNS APPLIANCES INC, 1401 RAN KIN RD STE 300, HOUSTON TX 77073-4803 |
| 17071573 | | CORD BLOOD REGISTRY, 25537 NETWORK PLACE, CHICAGO, IL 60673-1255 |
| 17071575 | + | ITRIP VACATIONS TEMPE, 3145 E CHANDLER BLVD #110 PMB 747, PHOENIX, AZ 85048-8702 |
| 17071576 | + | JOHN A COMADURAN, PERSONAL LOANS, 276 S PRICKLY PEAR, BENSON AZ 85602-6445 |
| 17053214 | + | LIFETME FITNESS INC, ATTN:BANKRUPTCY, 2902 CORPORATE PLACE, CHANHANSSEN, MN 55317-4773 |
| 17071577 | + | MUTUAL AD EXCHANGE (MAX) INSURANCE, 9225 INDIAN CREEK PKWY SUITE 840, OVERLAND PARK, KS 66210-2004 |
| 17071579 | + | PETER KEAST re:PRE-DIV 2014 TAX SPLIT, 6471 W LINDA LN, CHANDLER, AZ 85226-5853 |
| 17071580 | | PHOENIX MUNICIPAL COURT, PO BOX 25650, PHOENIX, AZ 85002-5650 |
| 17071581 | + | PIONEER MID COUNTRY BANK, ATTN: BANKRUPTCY, P.O. BOX 10487, KANSAS CITY, MO 64171-0487 |
| 17071583 | | PROGRESSIVE AUTO INSURANCE, C/O INSURANCE SAVERS, 6522 N 6TH SUITE 3, PHOENIX. AZ 85018 |
| 17053222 | + | RENASANT BANK, ATTN:BANKRUPTCY, P.O BOX 709, TUPELO, MS 38802-0709 |
| 17053221 | + | RENASANT BANK, ATTN:BANKRUPTCY, 1797 NE EXPRESSWAY, ATLANTA, GA 30329-7803 |
| 17071584 | | SALT RIVER PROJECT (SRP), P.O. BOX 2951, PHOENIX AZ 85062-2951 |
| 17071585 | + | SMILE DIRECT CLUB, PO BOX 26095, COLUMBUS OH 43226-0095 |
| 17053223 | + | SRP - Customer Credit Services PAB21T, PO Box 52025, Phoenix AZ 85072-2025 |
| 17052822 | + | Safeway Insurance Company, c/o Crosby & Gladner, P.C. - Marc S. Gla, 1930 S. Alma School Rd., Ste. D206, Mesa, AZ 85210-3045 |
| 17071587 | + | THE MUSIC STORE - VIOLA RENTAL, % KEYTH PARKER, 2630 W BASELINE RD, NESA, AZ 85202-5405 |
| 17053234 | + | TIAA BANK, ATTN:BANKRUPTCY, 301 WEST BAY STREET, JACKSONVILLE, FL 32202-5147 |
| 17071588 | | UNITED HEALTH CARE, PO BOX 740409, CINCINNATI OH 45274-0409 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: alisakeast@gmail.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| tr | | Email/Text: ecfmailclient@ch13bk.com | Oct 03 2023 22:44:00 | ALISA COMADURAN KEAST, 617 N KRISTIN LN, CHANDLER, AZ 85226-1712 |
| | | | Oct 03 2023 22:45:00 | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| smg | | EDI: AZDEPREV.COM | Oct 04 2023 02:51:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | EDI: AISACG.COM | Oct 04 2023 02:51:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17053149 | + | Email/Text: rosemary@aerofed.net | Oct 03 2023 22:45:00 | AERO FCU, 18301 N 79TH AVE STE A10, GLENDALE AZ 85308-8463 |
| 17053150 | + | Email/Text: backoffice@affirm.com | Oct 03 2023 22:45:00 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108-2716 |
| 17053152 | | EDI: GMACFS.COM | Oct 04 2023 02:51:00 | ALLY FINANCIAL, ATTN:BANKRUPTCY, P.O. BOX 130424, ROSEVILLE, MN 55113-0004 |
| 17053151 | + | EDI: GMACFS.COM | Oct 04 2023 02:51:00 | ALLY FINANCIAL, ATTN:BANKRUPTCY7, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 17053153 | + | Email/Text: bankruptcies@amerassist.com | Oct 03 2023 22:46:00 | AMERASSIST A/R SOLUTIONS, INC., (SMILE DIRECTCLUB), P.O. BOX 26095, COLUMBUS, OH 43226-0095 |
| 17053154 | + | Email/Text: bankruptcies@amerassist.com | Oct 03 2023 22:46:00 | AMERASSIST AR SOLUTION, ATTN:BANKRUPTCY, 1105 SCHROCK RD STE 502, COLUMBUS OH 43229-1174 |
| 17071566 | + | EDI: AZDEPREV.COM | Oct 04 2023 02:51:00 | ARIZONA DEPARTMENT OF REVENUE, P.O. BOX 29070, PHOENIX, AZ 85038-9070 |
| 17071568 | | EDI: BANKAMER2.COM | Oct 04 2023 02:51:00 | BANK OF AMERICA, FULFILLMENT OPERATIONAL DEPOSITS, P.O. BOX 790087, ST. LOUIS, MO 63179-0087 |
| 17053157 | + | EDI: BANKAMER.COM | Oct 04 2023 02:41:00 | BANK OF AMERICA, ATTN:BANKRUPTCY, 4909 SAVARESE CIRCLE, FI1-908-01-50, TAMPA, FL 33634-2413 |
| 17053159 | + | Email/Text: bankruptcy@bmecollect.com | Oct 03 2023 22:45:00 | BME SERVICES FKA BUREAU OF MEDICAL ECONOMICS, ATTN:BANKRUPTCY, PO BOX 20247, PHOENIX AZ 85036-0247 |
| 17053160 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 03 2023 22:44:00 | CAPITAL ONE / KOHLS, ATTN:BANKRUPTCY, N56 RIDGEWOOD DR, MENOMONEE FAL WI, 53051 |
| 17053162 | + | EDI: RMSC.COM | Oct 04 2023 02:51:00 | CARE CREDIT, ATTN:BANKRUPTCY, P.O. BOX 965030, ORLANDO, FL 32896-5030 |
| 17053163 | | Email/Text: bmg.bankruptcy@centurylink.com | Oct 03 2023 22:45:00 | CENTRYLINK, ATTN:BANKRUPTCY, PO BOX 91155, SEATTLE, WA 98111-9255 |
| 17053172 | + | EDI: CITICORP.COM | Oct 04 2023 02:51:00 | CITIBANK/ THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 17053173 | + | EDI: WFNNB.COM | Oct 04 2023 02:51:00 | COMENITY BANK/VICTORIA SECRETS, ATTN:BANKRUPTCY, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 17053207 | + | Email/PDF: bncnotices@becket-lee.com | Oct 03 2023 23:07:49 | CONNS HOMEPLUS, ATTN: BANKRUPTCY, P.O. BOX 2356, BEAUMONT, TX 77704-2356 |
| 17053175 | + | Email/Text: bankruptcynotices@conns.com | Oct 03 2023 22:44:00 | CONNS HOMEPLUS, ATTN:BANKRUPTCY, 2445 TECHNOLOGY FOREST BLVD, BLDG 4, STE, THE WOODLANDS, TX 77381-5259 |
| 17071574 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Oct 03 2023 22:45:28 | COX COMMUNICATIONS, DEPARTMENT # |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 102285, PO BOX 1259, OAKS. PA 19456-1259 |
| 17053208 | + Email/Text: cashiering-administrationservices@flagstar.com | Oct 03 2023 22:45:00 | FLAGSTAR BANK, ATTN:BANKRUPTCY, 5151 CORPORATE DR, TROY MI 48098-2639 |
| 17053209 | ^ MEBN | Oct 03 2023 22:41:15 | FREEDOM MORTGAGE CORP, ATTN:BANKRUPTCY, 951 W YAMATO RD STE 175, BOCA RATON FL 33431-4444 |
| 17053210 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 03 2023 22:45:00 | FREEDOM MORTGAGE CORPORATION, ATTN:BANKRUPTCY, 907 PLEASANT VALLEY AVE, MOUNT LAUREL, NJ 08054-1210 |
| 17053211 | + Email/Text: accountresearch@goodleap.com | Oct 03 2023 22:45:00 | GOODLEAP LLC, 8781 SIERRA COLLEGE BLVD, ROSEVILLE CA 95661-5920 |
| 17053212 | EDI: IRS.COM | Oct 04 2023 02:51:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILIDELPHIA, PA 19101-7346 |
| 17071572 | EDI: JPMORGANCHASE | Oct 04 2023 02:51:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. BOX 15548, WILMINGTON, DE 19886-5548 |
| 17053165 | EDI: JPMORGANCHASE | Oct 04 2023 02:51:00 | CHASE CARD SERVICES, ATTN:BANKRUPTCY, P.O. BOX 15369, WILMINGTON, DE 19850 |
| 17053213 | EDI: JPMORGANCHASE | Oct 04 2023 02:51:00 | JPMCB CARD, PO BOX 15369, WILMINGTON DE, 19850 |
| 17053215 | + Email/Text: bankruptcynotification@montereyfinancial.com | Oct 03 2023 22:45:00 | MONTEREY FINANCIAL SERVICES, ATTN: BANKRUPTCY, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 17053216 | Email/Text: NPSBankruptcies@ngic.com | Oct 03 2023 22:45:00 | NATIONAL GENERAL INSURANCE, P.O. BOX 3199, WINSTON SALEM, NC 27102-3199 |
| 17053217 | Email/Text: NPSBankruptcies@ngic.com | Oct 03 2023 22:45:00 | NATIONAL GENERAL INSURANCE, P.O. BOX 89431, CLEAVELAND, OH 44101-6431 |
| 17053218 | + EDI: NAVIENTFKASMSERV.COM | Oct 04 2023 02:51:00 | NAVIET, ATTN: CLAIMS DEPT, P.O. BOX 9500, WILKES-BARR, PA 18773-9500 |
| 17053220 | + Email/Text: mtgbk@shellpointmtg.com | Oct 03 2023 22:45:00 | NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICES, 75 BEATTIE PL STE 300, GREENVILLE SC 29601-2138 |
| 17053219 | Email/Text: mtgbk@shellpointmtg.com | Oct 03 2023 22:45:00 | NEWREZ LLC DBA, SHELLPOINT MORTGAGE SERVICES, P.O. BOX 10826, GREENVILLE SC, 29603-0826 |
| 17071578 | Email/Text: mtgbk@shellpointmtg.com | Oct 03 2023 22:45:00 | NEWREZLLC DBA, SHELLPOINT MORTGAGE SERVICES, PO BOX 51850, LIVONIA. MI 48151-5850 |
| 17051452 | + Email/Text: ecfbnc@aldridgepite.com | Oct 03 2023 22:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 17071586 | ^ MEBN | Oct 03 2023 22:40:58 | SPRINT - REFERENCE #30954396, C/O DIVERSIFIED ADJUSTMENT SERVICE, PO BOX 32145, FINDLEY MN 55432-0145 |
| 17053224 | + Email/Text: BKRMailOPS@weltman.com | Oct 03 2023 22:45:00 | STERLING JEWELERS/JARED, ATTN:BANKRUPTCY, 375 GHENT RD, AKRON, OH 44333-4601 |
| 17053226 | + EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN:BANKRUPTCY, P.O. BOX 965007, ORLANDO, FL 32896-5007 |
| 17053227 | + EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/BANANA REPUBLIC, ATTN:BANKRUPTCY, P.O. BOX 965005, ORLANDO, FL 32896-5005 |

| | | | | |
|---|---|---|---|---|
| 17053228 | + | EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/CARE CREDIT, ATTN:BANKRUPTCY, P.O. BOX 965036, ORLANDO, FL 32896-5036 |
| 17053229 | + | EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/CARE CREDIT, ATTN:BANKRUPTCY, 950 FORRER BLVD, KETTERING OH 45420-1469 |
| 17053225 | + | EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/JC PENNEYS, ATTN:BANKRUPTCY, P.O. BOX 956060, ORLANDO, FL 32896-0001 |
| 17053230 | + | EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/SAMS, ATTN:BANKRUPTCY, P.O. BOX 965005, ORLANDO, FL 32896-5005 |
| 17053231 | + | EDI: RMSC.COM | Oct 04 2023 02:51:00 | SYNCHRONY BANK/WALMART, ATTN:BANKRUPTCY, P.O. BOX 965024, ORLANDO, FL 32896-5024 |
| 17070671 | | EDI: AIS.COM | Oct 04 2023 02:51:00 | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 17053232 | + | EDI: WTRRNBANK.COM | Oct 04 2023 02:51:00 | TARGET CARD SERVICES, TD BANK USA, N.A., 3901 W 53RD ST, SIOUX FALLS, SD 57106-4216 |
| 17053233 | + | EDI: WTRRNBANK.COM | Oct 04 2023 02:51:00 | TARGET REDCARD, ATTN: BANKRUPTCY, P.O. BOX 673, MINNEAPOLIS MN 55440-0673 |
| 17053236 | + | EDI: WTRRNBANK.COM | Oct 04 2023 02:51:00 | TD BANK USA/TARGET RED, ATTN:BANKRUPTCY, PO BOX 673, MINNEAPOLIS MN 55440-0673 |
| 17053235 | + | EDI: CITICORP.COM | Oct 04 2023 02:51:00 | THD/CBNA, ATTN:BANKRUPTCY, PO BOX 6497, SIOUX FALLS SD 57117-6497 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | SRP - Customer Credit Services, PAB21T, PO Box 52025, PHOENIX, AZ 85072-2025 |
| 17053166 | * | CHANDLER UTILITY SERVICES, P.O. BOX 52158, PHOENIX, AZ 85072-2158 |
| 17071582 | ##+ | Pioneer MD COUNTRY BANK, ATTN: BANKRUPTCY, 3240 E TROPICANA, LAS VEGAS NV 89121-7316 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JANET MARIE SPEARS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ecfazb@aldridgepite.com JSpears@ecf.courtdrive.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

FORM van−odc  
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                               Case No.: 2:23−bk−05709−PS

ALISA COMADURAN KEAST           Chapter: 13  
617 N KRISTIN LN  
CHANDLER, AZ 85226  
SSAN: xxx−xx−6749  
EIN:

Debtor(s)

## ORDER DISMISSING CASE

☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.

☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).

☑ The debtor(s) having failed to pay the filing fee as ordered by the court.

☑ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.

☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.

☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).

☑ The individual debtors having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.

☑ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.

☐ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.

☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.

☐ After an Order to Show Cause why this case should not be dismissed was issued.

☐ The trustee having moved to dismiss this case.

☐ The debtor(s) having moved to dismiss this case.

☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 U.S.C. § 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: October 3, 2023BY THE COURT

Address of the Bankruptcy Clerk's Office:**Honorable Paul Sala**
U.S. Bankruptcy Court, ArizonaUnited States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov