Form 416A (12/15)

**Form 416A. CAPTION (FULL)**

**United States Bankruptcy Court**

_____ District Of _Arizona_ _____

In re

[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

**Debtor**

**Address** 617 N. Kristin Ln

Chandler, AZ 85226

**Phone** (480) 466-0099

**Email** alisakeast@gmail.com

Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s)., (if any):    6749

_____

Employer's Tax Identification No(s). (if any):    _____

**Case No.**
2-23-bk-05709 PS

**Chapter** 13

Motion to Reinstate + Hearing. Emergency to Stay 12/7/23 Foreclosure.

As of 12/6/23, Debtor has:

1.) Delivered to Elissa.Ruiz@azag.gov, 2019-2022 signed Arizona Income Tax returns.

2) Prepared, signed an is mailing, 2019-2022 Federal returns.

3) Additionally, delivered to Elissa Ruiz, 2016-2018 AZ returns.

4.) Prepared, signed an is mailing 2016-2018 Federal returns.

5.) For the year of 2015, IRS.gov does not show "Account Transcripts" for her account, and she suspects, that it is possibly documented on her husbands account, as married filed jointly. They divorced in July of 2016, thus ~~believe~~ Debtor will research with IRS and ~~file an~~ will prepare an AZ return today in the meantime.

6.) Debtor is prepared to pay $400 x 2 + $200. Attempt was made via Trustee site, but didn't ~~finish due~~ complete, as "case" is on hold.
alisakeast 12/6/23