# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ALISA COMADURAN KEAST, | Case No. 2:23-bk-05709-PS |
| Debtor. | **ORDER REINSTATING CASE** |

This matter comes before the Court on the Debtor's Motion to Reinstate and Hearing Emergency to Stay 12/7/23 Foreclosure ("Emergency Motion"). The Court will treat the Emergency Motion as a Motion for Reconsideration of the Order Dismissing Case ("Motion for Reconsideration"). The Emergency Motion indicates that Debtor has filed the required tax returns and is prepared to make the plan payments. Accordingly,

**IT IS HEREBY ORDERED** granting the Motion for Reconsideration.

**IT IS FURTHER ORDERED** reinstating the case.

**DATED AND SIGNED ABOVE.**