# Notice Recipients

District/Off: 0970–2     User: admin     Date Created: 12/6/2023
Case: 2:23–bk–05709–PS     Form ID: pdf002     Total: 102

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr    RUSSELL BROWN    mail@ch13bk.com
aty    Bradley Stevens    bradley.stevens@azag.gov
aty    JANET MARIE SPEARS    ecfazb@aldridgepite.com
                                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | ALISA COMADURAN KEAST | 617 N KRISTIN LN    CHANDLER, AZ 85226 |
| cr | Ally Capital, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| cr | SRP – Customer Credit Services | PAB21T    PO Box 52025    PHOENIX, AZ 85072 |
| cr | ARIZONA DEPARTMENT OF REVENUE | Office of the Arizona Attorney General    2005 N Central Ave, Suite 100    Phoenix, AZ 85004 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007–2650 |
| 17053149 | AERO FCU | 18301 N 79TH AVE STE A10    GLENDALE AZ, 85308 |
| 17053150 | AFFIRM INC | 650 CALIFORNIA ST FL 12    SAN FRANCISCO CA, 94108 |
| 17071564 | ALL CTTY TOWING | 2031 W 1ST ST    TEMPE, AZ 85281 |
| 17053152 | ALLY FINANCIAL | ATTN:BANKRUPTCY    P.O. BOX 130424    ROSEVILLE, MN 55113–0004 |
| 17053151 | ALLY FINANCIAL | ATTN:BANKRUPTCY7    P.O. BOX 380901    BLOOMINGTON, MN 55438 |
| 17053153 | AMERASSIST A/R SOLUTIONS, INC. | (SMILE DIRECTCLUB)    P.O. BOX 26095    COLUMBUS, OH 43226 |
| 17053154 | AMERASSIST AR SOLUTION | ATTN:BANKRUPTCY    1105 SCHROCK RD STE 502    COLUMBUS OH, 43229 |
| 17071565 | AMERICAN HOME PROTECT LLC | 2024 W 15TH ST SUITE F346    PLANO TX 75035 |
| 17071566 | ARIZONA DEPARTMENT OF REVENUE | P.O. BOX 29070    PHOENIX, AZ 85038 |
| 17089212 | ARIZONA DEPARTMENT OF REVENUE | c/o Tax, Bankruptcy and Coll    2005 N Central Ave, Suite 100    Phoenix, AZ 85004–1592 |
| 17071567 | ARIZONA STATE OF – DEPT OF MOTOR VEHICLES | P.O. BOX 2100    PHOENIX, AZ 85001–2100 |
| 17053155 | ARSTRAT LLC, CHANDLER REGIONAL HOSPITAL | ATTN:BANKRUPTCY    14141 SOUTHWEST FREEWAY STE 300    SUGAR LAND, TX 77478 |
| 17092423 | Affirm, Inc. | Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587 |
| 17086625 | Ally Capital c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| 17053157 | BANK OF AMERICA | ATTN:BANKRUPTCY    4909 SAVARESE CIRCLE    FI1–908–01–50    TAMPA, FL 33634 |
| 17071568 | BANK OF AMERICA | FULFILLMENT OPERATIONAL DEPOSITS    P.O. BOX 790087    ST. LOUIS, MO 63179–0087 |
| 17071569 | BANK OF AMERICA CREDIT– CARD | P.O. BOX 653064    DALLAS. TX 85265–3064 |
| 17053156 | BANK OF AMERICA Visa (Revolving Account) | ATTN:BANKRUPTCY    PO BOX 982238    EL PASO TX, 79998 |
| 17071570 | BARBARA PAGORIA | 744 N CACTUS WAY    CHANDLER, AZ 85226 |
| 17053159 | BME SERVICES FKA BUREAU OF MEDICAL ECONOMICS | ATTN:BANKRUPTCY    PO BOX 20247    PHOENIX AZ, 85036 |
| 17053158 | BRAND BANK/GREENSKY | 5565 GLENRIDGE CONNECTOR    ATLANTA GA, 30342 |
| 17103675 | Bank of America, N.A. | PO Box 673033    Dallas, TX 75267–3033 |
| 17053160 | CAPITAL ONE / KOHLS | ATTN:BANKRUPTCY    N56 RIDGEWOOD DR    MENOMONEE FAL WI, 53051 |
| 17053161 | CAPITAL ONE/KOHLS | ATTN:BANKRUPTCY    P.O. BOX 965030    ORLANDO, FL 32896 |
| 17053162 | CARE CREDIT | ATTN:BANKRUPTCY    P.O. BOX 965030    ORLANDO, FL 32896 |
| 17053163 | CENTRYLINK | ATTN:BANKRUPTCY    PO BOX 91155    SEATTLE, WA 98111–9255 |
| 17071571 | CENTURYUNK | PO BOX 4259    MONROE, LA 71211 |
| 17053164 | CHANDLER UTILITY SERVICES | P.O. BOX 52158    PHOENIX, AZ 85072–2158 |
| 17053166 | CHANDLER UTILITY SERVICES | P.O. BOX 52158    PHOENIX, AZ 85072–2158 |
| 17071572 | CHASE CARD SERVICES | ATTN: BANKRUPTCY    P.O. BOX 15548    WILMINGTON, DE 19886–5548 |
| 17053165 | CHASE CARD SERVICES | ATTN:BANKRUPTCY    P.O. BOX 15369    WILMINGTON, DE 19850 |
| 17053172 | CITIBANK/ THE HOME DEPOT | ATTN: RECOVERY/CENTERALIZED BANKRUPTCY    P.O. BOX 790034    ST LOUIS, MO 63179 |

| ID | Name | Address |
|---|---|---|
| 17053167 | CLERK OF COURT CHANDLER MUNICIPAL COURT | 200 E CHICAGO ST CHANLDER, AZ 85225 |
| 17053169 | CLERK OF COURT PHOENIX MUNICIPAL COURT | 300 W. WASHINGTON ST PHOENIX, AZ 85003 |
| 17053168 | CLERK OF COURT SAN MARCOS PRECINCT JUSTICE COURT | 201 E CHICAGO ST SUITE 103 CHANLDER, AZ 85225 |
| 17053171 | CLERK OF SUPERIOR COURT SUPERIOR COURT FOR MARICOPA COUNTY | P.O. BOX 25339 PHOENIX, AZ 85002 |
| 17053170 | CLERK OF THE COURT MARICOPA COUNTY DOWNTOWN JUSTICE | 620 W. JACKSON ST. SUITE 1037 PHOENIX, AZ 85003 |
| 17053173 | COMENITY BANK/VICTORIA SECRETS ATTN:BANKRUPTCY | PO BOX 182789 COLUMBUS OH, 43218 |
| 17053174 | CONNS APPLIANCES INC | 1401 RAN KIN RD STE 300 HOUSTON TX, 77073 |
| 17053207 | CONNS HOMEPLUS ATTN: BANKRUPTCY | P.O. BOX 2356 BEAUMONT, TX 777044 |
| 17053175 | CONNS HOMEPLUS ATTN:BANKRUPTCY | 2445 TECHNOLOGY FOREST BLVD, BLDG 4, STE THE WOODLANDS, TX 77381 |
| 17071573 | CORD BLOOD REGISTRY | 25537 NETWORK PLACE CHICAGO, IL 60673-1255 |
| 17071574 | COX COMMUNICATIONS DEPARTMENT # 102285 | PO BOX 1259 OAKS. PA 19456 |
| 17090568 | CenturyTel Service Group, LLC. dba Centurylink Centurylink Communications, LLC. | 1025 El Dorado Blvd. (Attn:Legal-BKY) Broomfield, CO 80021 |
| 17053208 | FLAGSTAR BANK ATTN:BANKRUPTCY | 5151 CORPORATE DR TROY MI, 48098 |
| 17053209 | FREEDOM MORTGAGE CORP ATTN:BANKRUPTCY | 951 W YAMATO RD STE 175 BOCA RATON FL, 33431 |
| 17053210 | FREEDOM MORTGAGE CORPORATION ATTN:BANKRUPTCY | 907 PLEASANT VALLEY AVE MOUNT LAUREL, NJ 08054 |
| 17053211 | GOODLEAP LLC | 8781 SIERRA COLLEGE BLVD ROSEVILLE CA, 95661 |
| 17090358 | Greensky,LLC | 3155 Royal Drive Suite 175 Alpharetta, GA 30022 |
| 17053212 | INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILIDELPHIA, PA 19101-7346 |
| 17071575 | ITRIP VACATIONS TEMPE | 3145 E CHANDLER BLVD #110 PMB 747 PHOENIX, AZ 85048 |
| 17071576 | JOHN A COMADURAN PERSONAL LOANS | 276 S PRICKLY PEAR BENSON AZ 85602 |
| 17053213 | JPMCB CARD | PO BOX 15369 WILMINGTON DE, 19850 |
| 17053214 | LIFETME FITNESS INC ATTN:BANKRUPTCY | 2902 CORPORATE PLACE CHANHANSSEN, MN 55317 |
| 17053215 | MONTEREY FINANCIAL SERVICES ATTN: BANKRUPTCY | 4095 AVENIDA DE LA PLATA OCEANSIDE, CA 92056 |
| 17071577 | MUTUAL AD EXCHANGE (MAX) INSURANCE | 9225 INDIAN CREEK PKWY SUITE 840 OVERLAND PARK, KS 66210 |
| 17053216 | NATIONAL GENERAL INSURANCE | P.O. BOX 3199 WINSTON SALEM, NC 27102-3199 |
| 17053217 | NATIONAL GENERAL INSURANCE | P.O. BOX 89431 CLEAVELAND, OH 44101-6431 |
| 17053218 | NAVIET ATTN: CLAIMS DEPT | P.O. BOX 9500 WILKES-BARR, PA, 19773 |
| 17053220 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICES | 75 BEATTIE PL STE 300 GREENVILLE SC, 29603-0826 |
| 17053219 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICES | P.O. BOX 10826 GREENVILLE SC, 29603-0826 |
| 17071578 | NEWREZLLC DBA SHELLPOINT MORTGAGE SERVICES | PO BOX 51850 LIVONIA. MI 48151-5850 |
| 17096379 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | P.O. Box 10826 Greenville SC 29603-0826 |
| 17051452 | NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o ALDRIDGE PITE, LLP | 8880 Rio San Diego Drive, Suite 725 San Diego, CA 92108 |
| 17071579 | PETER KEAST re:PRE-DIV 2014 TAX SPLIT | 6471 W LINDA LN CHANDLER, AZ 85226 |
| 17071580 | PHOENIX MUNICIPAL COURT | PO BOX 25650 PHOENIX, AZ 85002-5650 |
| 17071581 | PIONEER MID COUNTRY BANK ATTN: BANKRUPTCY | P.O. BOX 10487 KANSAS CITY, MO 64171 |
| 17071583 | PROGRESSIVE AUTO INSURANCE C/O INSURANCE SAVERS | 6522 N 6TH SUITE 3 PHOENIX. AZ 85018 |
| 17071582 | Pioneer MD COUNTRY BANK ATTN: BANKRUPTCY | 3240 E TROPICANA LAS VEGAS NV 89121 |
| 17106768 | Quantum3 Group LLC as agent for GoodLeap | PO Box 788 Kirkland, WA 98083-0788 |
| 17053221 | RENASANT BANK ATTN:BANKRUPTCY | 1797 NE EXPRESSWAY ATLANTA, GA 30329 |
| 17053222 | RENASANT BANK ATTN:BANKRUPTCY | P.O BOX 709 TUPELO, MS 38804 |
| 17071584 | SALT RIVER PROJECT (SRP) | P.O. BOX 2951 PHOENIX AZ 85062-2951 |
| 17071585 | SMILE DIRECT CLUB | PO BOX 26095 COLUMBUS OH 26095 |
| 17071586 | SPRINT - REFERENCE #30954396 C/O DIVERSIFIED ADJUSTMENT SERVICE | PO BOX 32145 FINDLEY MN 55432-0145 |
| 17053223 | SRP - Customer Credit Services PAB21T | PO Box 52025 Phoenix AZ 85072 |
| 17053224 | STERLING JEWELERS/JARED ATTN:BANKRUPTCY | 375 GHENT RD AKRON, OH 44333 |
| 17053226 | SYNCHRONY BANK/ JC PENNEYS ATTN:BANKRUPTCY | P.O. BOX 965007 ORLANDO, FL 32896 |
| 17053227 | SYNCHRONY BANK/BANANA REPUBLIC ATTN:BANKRUPTCY | P.O. BOX 965005 ORLANDO, FL 32896 |
| 17053229 | SYNCHRONY BANK/CARE CREDIT ATTN:BANKRUPTCY | 950 FORRER BLVD KETTERING OH, 45420 |
| 17053228 | SYNCHRONY BANK/CARE CREDIT ATTN:BANKRUPTCY | P.O. BOX 965036 ORLANDO, FL 32896 |

| | | | | |
|---|---|---|---|---|
| 17053225 | SYNCHRONY BANK/JC PENNEYS | ATTN:BANKRUPTCY | P.O. BOX 956060 | ORLANDO, FL 32896 |
| 17053230 | SYNCHRONY BANK/SAMS | ATTN:BANKRUPTCY | P.O. BOX 965005 | ORLANDO, FL 32896 |
| 17053231 | SYNCHRONY BANK/WALMART | ATTN:BANKRUPTCY | P.O. BOX 965024 | ORLANDO, FL 32896 |
| 17052822 | Safeway Insurance Company | c/o Crosby & Gladner, P.C. – Marc S. Gla | 1930 S. Alma School Rd., Ste. D206 | Mesa, AZ 85210 |
| 17070671 | Sprint Corp. | by American InfoSource as agent | PO Box 4457 | Houston, TX 77210–4457 |
| 17053232 | TARGET CARD SERVICES | TD BANK USA, N.A. | 3901 W 53RD ST | SIOUX FALLS, SD 57016–4216 |
| 17053233 | TARGET REDCARD | ATTN: BANKRUPTCY | P.O. BOX 673 | MINNEAPOLIS MN, 55440 |
| 17053236 | TD BANK USA/TARGET RED | ATTN:BANKRUPTCY | PO BOX 673 | MINNEAPOLIS MN, 55440 |
| 17053235 | THD/CBNA | ATTN:BANKRUPTCY | PO BOX 6497 | SIOUX FALLS SD, 57117 |
| 17071587 | THE MUSIC STORE – VIOLA RENTAL | % KEYTH PARKER | 2630 W BASELINE RD | NESA, AZ 85202 |
| 17053234 | TIAA BANK | ATTN:BANKRUPTCY | 301 WEST BAY STREET | JACKSONVILLE, FL 32202 |
| 17071588 | UNITED HEALTH CARE | PO BOX 740409 | CINCINNATI OH 45274–0409 | |

TOTAL: 98